**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-03114-KMT

RYAN JACKSON, an individual,

    Plaintiff,

v.

THE X-PERT COMPANIES, INC., a Colorado corporation; and
NICHOLAS A. KACHEL, an individual,

    Defendants.

---

**STIPULATION OF DISMISSAL**

---

    Plaintiff Ryan Jackson and Defendants The X-pert Companies, Inc., and Nicholas A. Kachel, by and through undersigned counsel, stipulate to the dismissal of this matter with prejudice with each party to bear its/his own attorneys' fees and costs.

    Respectfully submitted this 23rd day of February, 2021.

| | |
|---|---|
| */s/ Andrew E. Swan* | */s/ Daniel B. Miller* |
| Paul F. Lewis | William B. Dulaney |
| Michael D. Kuhn | Daniel B. Miller |
| Andrew E. Swan | JENSEN DULANEY LLC |
| LEWIS \| KUHN \| SWAN PC | 444 E. Pikes Peak Avenue, Suite 200 |
| 620 North Tejon Street, Suite 101 | Colorado Springs, CO 80903 |
| Colorado Springs, CO 80903 | Telephone: (719) 362-5563 |
| Telephone: (719) 694-3000 | Email: wdulaney@jensendulaney.com |
| Facsimile: (866) 515-8628 | dmiller@jensendulaney.com |
| Email: plewis@lks.law | |
| mkuhn@lks.law | |
| aswan@lks.law | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |